**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JENNIFER TRAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **STATE OF NEBRASKA,** | ) | |
| **DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for leave to withdraw of Kimberley Taylor-Riley (Filing No. 17) as counsel for the defendants. Substitute counsel from the Attorney General's office has simultaneously entered an appearance for these defendants. The court finds Ms. Taylor-Riley has shown good cause for her withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Kimberley Taylor-Riley as attorney for the defendants (Filing No. 17) is granted.

2. The Clerk of Court shall stop all electronic notices to Kimberley Taylor-Riley regarding this case.

DATED this 24th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge